## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al.*, No. 1:04-cv-01076 (GBD)(SN)

*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investments & Development Corp., et al.*, No. 1:04- cv-01923 (GBD)(SN)

*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representative of the immediate family member of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the Plaintiffs' motion is granted, and the individual included in Exhibit A is to be substituted into the cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11098.

Dated: New York, New York
_____, 202\_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100791183.1

2

**EXHIBIT A to Motion to Substitute Party**

| | **Previous Personal Representative:** | **Case Number:** | **Substituted Personal Representative:** | **State of Residency of Substituted Personal Representative at Filing:** | **Decedent's Name:** |
|---|---|---|---|---|---|
| 1. | Estelle Pershep, individually, as surviving spouse of Franklin Pershep | 1:04-cv-01076 (GBD)(SN); 1:04- cv-01923 (GBD)(SN); 1:23-cv-05790 (GBD)(SN) | Stacy Paolozzi, as the Personal Representative of the Estate of Estelle Pershep, deceased, the late spouse of Franklin Pershep | NY | Franklin Pershep |

2

docs-100791183.1