UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2025

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al.*, No. 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investments & Development Corp., et al.*, No. 1:04- cv-01923 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party identified in Exhibit A in the above referenced actions. The individual being substituted into the cases is the Personal Representative of an immediate family member of an individual killed as a result of the terrorist attacks on September 11, 2001.

Exhibit A identifies the individual to be substituted in the pleadings, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the 9/11 decedent.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

---

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: July 30, 2025
     New York, New York

Dated: July 29, 2025

                                                         */s/ Jerry S. Goldman*
                                                         Jerry S. Goldman, Esq.
                                                         Bruce E. Strong, Esq.
                                                         Alexander Greene, Esq.
                                                         ANDERSON KILL P.C.
                                                         7 Times Square, 15th Floor
                                                         New York, NY 10036
                                                         Tel: (212) 278-1000
                                                         Fax: (212) 278-1733
                                                         Email: jgoldman@andersonkill.com
                                                                      bstrong@andersonkill.com
                                                                      agreene@andersonkill.com

docs-100791184.1

**EXHIBIT A to Motion to Substitute Party**

|   | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | Estelle Pershep, individually, as surviving spouse of Franklin Pershep | 1:04-cv-01076 (GBD)(SN); 1:04-cv-01923 (GBD)(SN); 1:23-cv-05790 (GBD)(SN) | Stacy Paolozzi, as the Personal Representative of the Estate of Estelle Pershep, deceased, the late spouse of Franklin Pershep | NY | Franklin Pershep |